AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAY 06 2021

Nathan Ochsner, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jesse Aleman (1984/USA) | ) | Case No. 7:21mj964-1 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 5, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 97.90 Kilograms of Methamphetamine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Peter Brostowin

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: 05/06/2021 at 7:10 a.m

City and state: McAllen, Texas

/s/ Cesar Robles
*Complainant's signature*

Cesar Robles, HSI Special Agent
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

**Attachment "A"**

I, Cesar Robles, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause.

1. On May 5, 2021, Jesse ALEMAN (hereinafter ALEMAN), a Citizen of the United States, entered the United States in a white Ford F150 truck through the Hidalgo, Texas Port of Entry (POE) from Mexico. ALEMAN was the driver and registered owner of the vehicle.

2. After primary inspection Customs and Border Protection Officers (CBPO) referred ALEMAN and the vehicle to secondary inspection. During secondary inspection, a CBP K-9 narcotics detection team conducted a free air inspection on the vehicle which resulted in a positive alert for the odor of controlled substance(s) emanating under the truck bed on the driver's side. The vehicle was X-rayed, revealing anomalies in the truck bed and the gas tank.

3. A physical search of the truck's bed was conducted, and 60 cellophane packages were discovered on both sides of the sidewalls of the truck bed. CBPOs field tested the substance inside the packages which tested positive for properties and characteristics of methamphetamine. A total of 39.28 kilograms of crystal methamphetamine was discovered.

4. The fuel tank of the truck was also removed revealing a separate compartment containing 34 vacuum sealed bags of a liquid. The liquid was field tested and tested positive for properties and characteristics of methamphetamine. A total of 58.62 kilograms of liquid methamphetamine was discovered.

5. Homeland Security Investigations (HSI), Special Agents responded to assist in the investigation. The HSI SAs and a CBPO interviewed ALEMAN who admitted he knew he was transporting drugs from Mexico into the United States.